UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODGER SERATT,

    Plaintiff,

v.

CITY OF MARION, ILLINOIS,

    Defendant.

Case No. 11-cv-548-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. On August 11, 2011, the United States Postal Service returned as undeliverable the Court's correspondence to plaintiff Rodger Seratt that consisted of its August 4, 2011, Memorandum and Order (Doc. 6). It is essential that the Seratt keep the Court apprised of an address to which it can send him orders in this case. The Court therefore **ORDERS** Seratt to provide the Court with his valid address on or before August 26, 2011. The Court further warns Seratt that should he fail to provide a valid address or to apprize the Court of any future change in address within 7 days of that change, the Court may dismiss this case without any further warning pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with court rules and orders.

**IT IS SO ORDERED.**
**DATED:  August 15, 2011**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**