UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODGER SERATT,

    Plaintiff,

v.

CITY OF MARION, ILLINOIS,

    Defendant.

Case No. 11-cv-548-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of standing.

**DATED:** November 22, 2011    NANCY J. ROSENSTENGEL, Clerk of Court

    By:s/Deborah Agans, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**