UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODGER SERATT,

        Plaintiff,

     v.

          Case No. 11-cv-548-JPG-DGW

CITY OF MARION, ILLINOIS,

        Defendant.

## JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of standing.

**DATED: November 22, 2011**        **NANCY J. ROSENSTENGEL, Clerk of Court**

                                    **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**